**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1381**

JANECE P. MICKENS,

       Plaintiff - Appellant,

    v.

INTELLIGENT DECISIONS, INC.; ZAMAN KHAN; THERESA POND; SUSAN
MAYER,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Anthony John Trenga, District
Judge. (1:14-cv-01486-AJT-TCB)

Submitted: July 23, 2015          Decided: July 27, 2015

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Janece P. Mickens, Appellant Pro Se. Michael Nicholas Petkovich,
Amanda Vaccaro, JACKSON LEWIS PC, Reston, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janece Mickens appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her civil complaint for failure to prosecute. See Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we grant Mickens leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Mickens v. Intelligent Decisions, Inc., No. 1:14-cv-01486-AJT-TCB (E.D. Va. Mar. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED